# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW MAGWOOD, | CASE NO. CV F 10-0718 LJO GSA |
| Plaintiff, | **ORDER TO DENY REQUEST TO DISMISS** (Doc. 17.) |
| vs. | |
| OSI EDUCATION SERVICES, INC., et al., | |
| Defendants. | |

Plaintiff filed a September 16, 2010 request to dismiss this action. Plaintiff's attempt to dismiss this action fails to comply with F.R.Civ.P. 41(a)(1)(A)(ii), which requires a stipulation signed by defendants who have answered or filed a summary judgment motion. As such, this Court DENIES dismissal of this action in the absence of compliance with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ORDERS the parties, no later than September 30, 2010, to file either: (a) a stipulation which satisfies F.R.Civ.P. 41(a)(1)(A)(ii) and a proposed order to dismiss defendants; or (b) papers to show good cause why the parties have failed to comply with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ADMONISHES counsel to obey the Federal Rules of Civil Procedure and this Court's Local Rules. This Court FURTHER ADMONISHES counsel that failure to comply with this order in the absence of good cause will result in imposition of sanctions, including dismissal of this action with or without prejudice.

IT IS SO ORDERED.

**Dated:   September 16, 2010**          /s/ Lawrence J. O'Neill

1

UNITED STATES DISTRICT JUDGE